PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
(212) 969-3000
Joseph Baumgarten (JB-7215)
Attorneys for Defendant.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VIRUPAKSHA RAPARTHI,

                Plaintiff,

-against-

                08 CV 3323 (WHP)

RABOBANK INTERNATIONAL,

**STIPULATION AND ORDER**

                Defendant.
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that: (i) defendant Rabobank International, hereby accepts service of the summons and complaint as of April 30, 2008; and (ii) defendant's time to answer, move or otherwise respond with respect to the complaint is extended to and including June 6, 2008. There have been no prior requests for an extension of time to respond to the complaint.

PROSKAUER ROSE LLP

By: _____
Joseph Baumgarten (JB-7215)

1585 Broadway
New York, New York 10036
(212) 969-3002
Attorneys for Defendant

BERANBAUM MENKEN BEN-ASHER & BIERMAN LLP

By: _____
John A. Beranbaum (JB-7944)

80 Pine Street, 32nd Floor
New York, New York 10005
(212) 509-1616
Attorneys for Plaintiff

SO ORDERED: _____ Dated: 5/12/2008
                U.S.D.J.
William H. Pauley III