UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VIRUPAKSHA RAPARTHI,

                     Plaintiff,

    -against-

RABOBANK INTERNATIONAL,

                     Defendant.
------------------------------------------------------------------X

Civ. 08-CV-3323

**NOTICE OF APPEARANCE**

**PLAINTIFF DEMANDS A TRIAL BY JURY**

    Please take notice that Jennifer Smith is entering an appearance in this cause as co-counsel for Plaintiff. Ms. Smith is an attorney admitted to practice law in the State of New York and is a member of the bar of the Southern District of New York.

Dated: New York, New York
       May 23, 2008

                     Respectfully Submitted,

                     BERANBAUM MENKEN BEN-ASHER & BIERMAN, LLP

By:    /s/*Jennifer Smith*
        Co-Counsel for Plaintiffs
        80 Pine Street, 32nd Floor
        New York, NY 10005
        Ph: (212) 509-1616
        Fax: (212) 509-8088

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008, a true and correct copy of the foregoing document was sent via electronic mail to the Clerk of the Court and by other means to the following individuals:

Rabobank International
c/o Joseph Baumgarten, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

                                                                     /s/*Jennifer Smith*
                                                                     Co-counsel for Plaintiffs