**PROSKAUER ROSE LLP**
Joseph Baumgarten, Esq.
Steven Yarusinsky, Esq.
1585 Broadway
New York, New York 10036-8299
(212) 969-3000
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
VIRUPAKSHA RAPARTHI,

                Plaintiff,

  against

RABOBANK INTERNATIONAL,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Docket No: 08-civ-3323 (WHP)

Civil Action

ECF CASE

**STATEMENT PURSUANT TO RULE 7.1(a)**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Rabobank International (hereafter "Rabobank"), a cooperative banking organization organized under the laws of The Netherlands, certifies that Rabobank has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Dated: June 12, 2008

                                        PROSKAUER ROSE LLP

                                        By:  s/ Steven Yarusinsky
                                                Joseph Baumgarten
                                                Steven Yarusinsky

                                        1585 Broadway
                                        New York, New York 10036-8299
                                        (212) 969-3000
                                        Attorneys for Defendant

2657/62430-002  Current/11340893v1