**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

**Joseph Baumgarten**
Member of the Firm

Direct Dial 212.969.3002
jbaumgarten@proskauer.com

*USDC filed stamp: DATE FILED: 6/27/2008*

June 10, 2008

*RECEIVED JUN 12 2008*

Hon. William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

Re:   <u>Virupaksha Raparthi v. Rabobank International</u>; Civ. 08-CV-3323 (WHP)

Dear Judge Pauley:

This Firm represents the defendant in the above-captioned matter. An initial pre-trial conference has been scheduled for July 11, 2008. Because the undersigned will be out of state, we respectively request that the conference be adjourned. I have conferred with counsel for plaintiff, who consents to this request. Counsel for both parties are available for a conference on August 1 or August 8 and we respectfully request that the conference be rescheduled for one of those dates if it is convenient for the Court. There has been no prior request for an adjournment of the conference.

We appreciate Your Honor's consideration of this request.

Respectfully,

PROSKAUER ROSE LLP

By: _____
    Joseph Baumgarten

*Handwritten order: Application granted – The conference is adjourned until August 8, 2008 at 10:00 a.m.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
6/26/2008

cc:   John A. Beranbaum, Esq.