```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
VIRUPAKSHA RAPARTHI,                :
                                    :
                Plaintiff,          :    08 Civ. 3323 (WHP)
                                    :
        -against-                   :    ORDER
                                    :
RABOBANK INTERNATIONAL,             :
                                    :
                Defendant.          :
                                    :
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that this action has been or will be settled, the action is discontinued without costs to any party, and without prejudice to restoring it to this Court's calendar if such application is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated: August 8, 2008
      New York, New York

                                       SO ORDERED:

                                   WILLIAM H. PAULEY III
                                          U.S.D.J.

*Counsel of record:*

John A. Beranbaum, Esq.
Beranbaum Menken Ben- Asher & Bierman LLP
80 Pine Street- 32nd Floor
New York, NY 10005
*Counsel for Plaintiff*

Steven Yarusinsky, Esq.
Proskauer Rose LLP
One Newark Center
18th floor
Newark, NJ 07102
*Counsel for Defendant*